```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 58060
   BRAD WALTER HENKE
   JOYCE C HENKE                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

          Debtor
   SSN XXX-XX-8668     SSN XXX-XX-7522


-------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/15/05 and confirmed on 01/27/06.

     2.  The case was dismissed after confirmation, 02/01/2008.

     3.  The Debtor paid a total of $  27881.00 .

     4.  The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
-------------------------------------------------------------------------------
COUNTRYWIDE FINANCIAL      CURRENT MORTG          .00           .00             .00
COUNTRYWIDE FINANCIAL      MORTGAGE ARRE     14915.19           .00         5600.50
COUNTRYWIDE FINANCIAL      SECURED                .00           .00             .00
COUNTRYWIDE FINANCIAL      MORTGAGE ARRE      3574.00           .00         1342.00
DAIMLER CHRYSLER FINANCI   SECURED VEHIC      5286.06       2261.81         5286.06
CITIZENS BANK              SECURED VEHIC     12000.00       1884.12         7745.49
DAIMLER CHRYSLER FINANCI   UNSECURED          3480.77           .00             .00
CITIZENS BANK              UNSECURED          4778.12           .00             .00
CAPITAL ONE BANK           UNSECURED           427.58           .00             .00
CAPITAL ONE BANK           UNSECURED           713.42           .00             .00
RJM ACQUISITIONS LLC       UNSECURED           147.66           .00             .00
CITICARDS PRIVATE LABEL    UNSECURED           657.16           .00             .00
ASSET ACCEPTANCE CORP      UNSECURED           265.05           .00             .00
ASSET ACCEPTANCE CORP      UNSECURED           126.09           .00             .00
RESURGENT CAPITAL SERVIC   UNSECURED           890.56           .00             .00
          Summary of disbursements:
-------------------------------------------------------------------------------
                     SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   35775.25          .00     11486.41         .00       47261.66
PRINCIPAL PAID       19974.05          .00           .00        .00       19974.05
INTEREST PAID         4145.93          .00           .00        .00        4145.93
TOTAL PAID           24119.98          .00           .00        .00       24119.98
The Debtor's attorney, KENNETH S BORCIA & ASSOC        , was allowed $   2700.00
and was paid $   2700.00 .

The Trustee received $   1061.02 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
```

the Trustee and the surety on his bond from any further liability in this case.


Dated: 05/21/08                              /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 05 B 58060 BRAD WALTER HENKE & JOYCE C HENKE